March 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

A & L HEALTHCARE SERVICES, LLC AND AMAKA OKOROHA, Appellants

NO. 14-15-00020-CV                 V.

DESTINY MEDICAL EXCHANGE, LLC D/B/A DESTINY MEDLINK,
Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 9, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, A & L Healthcare Services, LLC and Amaka Okoroha.

We further order this decision certified below for observance.